Thiago M. Coelho (Cal. Bar No. 324715)
thiago@wilshirelawfirm.com
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
*Attorney for Plaintiff Julissa Cota
and the Putative Class*

Andrew P. Holland, SBN 224737
Dinah X. Ortiz, SBN 273556
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

*Attorneys for Defendant ALO, LLC*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALO, LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO. 3:20-cv-02254-L-JLB<br><br>Honorable Judge M. James Lorenz<br>Magistrate Judge Jill L. Burkhardt<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br><br>Complaint Filed: November 19, 2020<br>Trial Date: None |

JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Julissa Cota, and Defendant Alo, LLC stipulate and jointly request that this Court enter a dismissal with prejudice in its entirety in the above-entitled action. Each party shall bear her or its own costs, experts' fees, and attorneys' expenses.

DATED: May 18, 2021         WILSHIRE LAW FIRM, PLC

By /s/ *Thiago M. Coelho*
Thiago M. Coelho, Esq.
Attorney for Plaintiff and the Putative Class

DATED: May 18, 2021         THOITS LAW

By /s/ *Andrew P. Holland*
Andrew P. Holland, Esq.
Dinah Ortiz, Esq.
Attorneys for Defendants
ALO, LLC

## CERTIFICATION OF SIGNATURE

      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Andrew P. Holland, counsel for Defendant Alo, LLC, and that I have obtained Mr. Holland's authorization to affix his electronic signature to this document.

Date: May 18, 2021    /s/ *Thiago M. Coelho*
                                        Thiago M. Coelho, Esq.